UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NOAH MORRIS,

      Plaintiff,

v.

RESURGENT CAPITAL SERVICES,

      Defendant.
_____/

File no: 1:23-cv-751

HON. ROBERT J. JONKER

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on September 25, 2023 (ECF No. 16). The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 16) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's Motion for Judgment on the Pleadings (ECF No. 12) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff shall have until **November 6, 2023**, in which to file a Second Amended Complaint in order to cure the deficiencies in his FDCPA claim as addressed in the Report and Recommendation. Failure to do so may result in the dismissal of this action with prejudice.

Dated:  October 19, 2023          /s/ Robert J. Jonker
                                               ROBERT J. JONKER
                                               UNITED STATES DISTRICT JUDGE